**Timothy E. FINLEY, Plaintiff— Appellant,**

v.

**Timothy M. CONROY, Narcotics Detective, in his individual and official capacity; Bobby Carias, Narcotics Detective, in his individual and official capacity; Dave M. Henderson, Captain, in his individual and official capacity; Willie L. Johnson, Chief of Police, in his individual and official capacity; William D. Richardson; Oshun Cyrus Hinton, Defendants— Appellees.**

No. 11–1431.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 22, 2011.

Timothy E. Finley, Appellant Pro Se. O. Cyrus Hinton, O. Cyrus Hinton Law Offices, Rock Hill, South Carolina; William D. Richardson, Easley, South Carolina; Appellees Pro Se; Nathaniel Heyward Clarkson, III, Amy Miller Snyder, Clarkson Walsh Terrell & Coulter, P.A., Greenville, South Carolina, for Appellees.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy E. Finley seeks to appeal the district court order adopting the magistrate judge's report and recommendation and dismissing without prejudice two Defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Finley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*